JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **TONYA E. SHIRAR et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFF. MIGUEL GUERRERO,**<br><br>Defendant. | EDCV 13-00906 JGB (DTBx)<br><br>**JUDGMENT UPON JURY VERDICT**<br><br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br>Trial Date: Aug. 3, 2017<br>Action Filed: May 20, 2013 |

Pursuant to Federal Rule of Civil Procedure 58 and Local Rule 58-5, the Court enters judgment in favor of Defendant Miguel Guerrero following a jury verdict on August 10, 2017, in favor of Defendant on each of Plaintiffs' claims for relief. Defendant is the prevailing party entitled to costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.

Date: August 25, 2017

_____
HON. JESUS G. BERNAL
United States District Judge